JOHN O'MASTER, Respondent, *v.* NEW YORK CITY OMNIBUS CORPORATION, Appellant.

Argued March 7, 1940; decided April 9, 1940.

*Henry J. Smith* and *Joseph L. Zelaskow* for appellant.

*Edward A. Shandell* and *Desmond T. Barry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.